# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | |
|---|---|
| MARK REESE, et al. ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| vs. ) | CIVIL ACTION 21-0007-CG-MU |
| ) | |
| UNION SUPPLY GROUP, et al., ) | |
| ) | |
| Defendants. ) | |

## JUDGMENT

In accordance with the Order entered this date, it is **ORDERED, ADJUDGED,** and **DECREED** that Plaintiffs' Complaint be and is hereby **DISMISSED.**

**DONE** and **ORDERED** this the 1st day of September, 2021.

/s/ Callie V. S. Granade
SENIOR UNITED STATES DISTRICT JUDGE