In THE UNITED STATES District Court
For THE Southern District of Alabama
MOBILE Division

(pro-se)          #191841

Mark A. Reese et.al.,          CASE No: 1:21-cv-00007-CG-MU

- US -

union supply Direct And
union supply Group,
        Defendant(s)

Petitions For A Notice of
APPEAL TO
THE (11th Circuit
Court APPEA(S)

Plantiff is seeking And Appeal TO THE
11th Circuit Court of APPEAL(S) To THE RE-
PORT And RECOMMENDATION, of the Judge
P. Bradley Murray on 4/1/2021.

wherefore the Plantiff prays that Notice of
Appeal To the 11th cir Appeal(s) Court Be And
Beant in Good Faith.

9-7-2021
Dates

Respectfully submitted
Mark A. Reese (pro-se)
Staton Corr. Facility
2690 Marion Spillway Rd.
Elmore, Ala 36025

FILED OCT 13 '21 PM 2:11 USDC/ALS

1.

## certificate of service

I hereby certify that on the _1_ day of _Oct_ 2021, I served a copy of the same in U.S. mail, properly addressed and first class postage prepaid to the following

c/o Clerk of the court
United States District court
Southern District of Alabama
Clerk
155 St. Joseph street
Mobile, Alabama 36602

(pro se)

Mark A. Reese #191862
2696 Marion Spillway Rd.
Elmore, Ala 36025

MARK A. Reese    AIS# 141861    Dorm B-135B
Station Corr. Facility
2690 Marion spillway Rd.
Elmore, ALA    36025

MONTGOMERY AL 360
7 OCT 2021 PM
FIRST-CLASS
US POSTAGE
$ 000.53⁰
02 7H
0006001061    OCT 07 2021
MAILED FROM ZIP CODE 36025

"THIS CORRESPONDENCE IS FORWARDED
FROM AN ALABAMA STATE PRISON. THE CONTENTS
HAVE NOT BEEN EVALUATED, AND THE ALABAMA
DEPARTMENT OF CORRECTIONS IS NOT RESPONSIBLE
FOR THE SUBSTANCE OR CONTENT OF THE ENCLOSED
COMMUNICATION"

To: Clerk of the Court
United States District Court
Southern District of Alabama
Clerk
155 St. Joseph Street
Mobile, Alabama 36602

cc: "Legal Mail"

36602-368399